UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JESSE BROWN GRAVES,

Plaintiff,

v.

OFFICER GRADY and
LIEUTENANT EWING,

Defendants.

CIVIL ACTION FILE
NO. 1:03-CV-2055-WBH

### ORDER

Before the Court is Plaintiff's motion for leave to file an out of time response to Defendants' motion to dismiss. Plaintiff has already filed a response pro se, but he now has retained counsel and wishes to supplement his original response. Upon consideration of the motion and the Government's opposition thereto, the Court concludes that justice will best be served by granting the motion. If Plaintiff wishes to supplement his response to the motion to dismiss, he must do so no later than November 18, 2005.

Plaintiff's motion for leave to file an out of time response [34] is GRANTED. Defendants' motion to stay compliance with Rule 26 pending resolution of the motion to dismiss [37] is summarily GRANTED.

It is so ORDERED this 7 day of November, 2005.

Willis B. Hunt, Jr.
Judge, United States District Court